

COM.

v.

MEADOWS, R.

23 WDA 2017

Superior Court of Pennsylvania.

08/21/2017

CP–02–SA–0001507–2016

(Allegheny)

Affirmed

COM.

v.

S.P.R.

69 WDA 2017

Superior Court of Pennsylvania.

08/21/2017

CP–65–CR–0003136–2001
CP–65–CR–0004843–2000
CP–65–CR–0004844–2000
(Westmoreland)

Affirmed

COM.

v.

COLON, E.

3833 EDA 2015

Superior Court of Pennsylvania.

08/22/2017

CP–51–CR–0007287–2009

(Philadelphia)

Affirmed

COM.

v.

COOPER, B.

405 EDA 2016

Superior Court of Pennsylvania.

08/22/2017

CP–51–CR–0438741–1984

(Philadelphia)

Affirmed

